1192

COURTNEY BOYLES, Appellant, v CARRIE L. LEWIS et al., Respondents.

Submitted February 10, 2014; decided April 8, 2014

Motion for leave to appeal denied. Motion to expand the record denied.

CHARTER ONE BANK, FSB, Successor by Merger to ALBANK, FSB, Respondent, v RICHARD F. MILLS, Appellant, et al., Defendants.

Submitted March 3, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of DARRELL CLINTON, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted February 24, 2014; decided April 8, 2014

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPORATION, Respondent.

Submitted February 18, 2014; decided April 8, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division orders (1) denying reargument or leave to appeal to the Court of Appeals and (2) dismissing the appeal from Supreme Court's order denying reargument, dismissed upon the ground that such orders do not finally determine the action within the meaning of the Constitution.